NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3126

CARLOS A. RAMOS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF HOMELAND SECURITY,

Intervenor.

Petition for review of the Merit Systems Protection Board in DA0752080539-I-1.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The Merit Systems Protection Board moves for a 14-day extension of time, until August 26, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Carlos A. Ramos should calculate the due date for his reply brief from the date of filing of the Board's brief.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Carlos A. Ramos
     Stacey K. Grigsby, Esq.
     Jeffrey A. Gauger, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2009

JAN HORBALY
CLERK

2009-3126                              2